JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA CAMPOS, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> ETHICON, INC., et al., <br><br>  Defendants. | Case No. 2:20-cv-03949-AB-SK <br><br> **ORDER GRANTING THE PARTIES' REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO JOINT STIPULATION** |

The Court has considered and hereby **GRANTS** the joint stipulation of Plaintiffs Sara Campos and Laurent Degrakovac and Defendants Ethicon, Inc. and Johnson & Johnson, and hereby **DISMISSES** this action with prejudice.

**IT IS SO ORDERED.**

DATED: July 16, 2021

*(signature)*

The Honorable André Birotte Jr.
United States District Judge

---

[PROPOSED] ORDER GRANTING THE PARTIES' REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO JOINT STIPULATION